

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Marcos Barraza Barrera,                          * From the 142nd District Court
                                                 of Midland County
                                                 Trial Court No. CR40197.

Vs. No. 11-15-00252-CR                           * November 16, 2017

The State of Texas,                              * Memorandum Opinion by Wright, C.J.
                                                 (Panel consists of: Wright, C.J.,
                                                 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.